Court of Appeals for the Eighth Circuit denied. *Mr. John E. Semmes, Jr.,* for petitioner. *Mr. Henry William Hart* for respondents.

---

No. 906. THE BUTTERICK COMPANY ET AL. *v.* THE FEDERAL TRADE COMMISSION. March 16, 1925. Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Herbert Noble, Scott Scammell, Julius M. Mayer* and *Hartwell P. Heath* for petitioners. *Solicitor General Beck* and *Mr. William H. Fuller* for respondent.

---

No. 917. EDWARD SMALE, JR., ET AL. *v.* UNITED STATES. March 16, 1925. Petition for a writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Everett Jennings* for petitioners. *The Attorney General* for the United States.

---

No. 941. MORRIS M. BECHER *v.* UNITED STATES. March 16, 1925. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Charles H. Tuttle* and *Mr. Frank Hogan* for petitioner. *The Attorney General* for the United States.

---

No. 942. MORRAY E. BIRNBAUM *v.* UNITED STATES. March 16, 1925. Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Otto S. Bowling* for petitioner. *The Attorney General* for the United States.

---

No. 945. TAN PHO ET AL. *v.* FAUSTINO LICHAUCO, AS GUARDIAN, ETC. March 16, 1925. Petition for a writ of